UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| BEST WESTERN INTERNATIONAL, INC., an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHINN PARTNERSHIP, a Louisiana partnership; and REBECCA J. SHINN and JOHN DOE SHINN, husband and wife,<br><br>Defendants. | Case No. CV06-776-PHX-JAT<br><br>**ORDER** |

      Currently pending before the Court are Plaintiff Best Western International's Motion for Default Judgment (Doc. # 14) and Motion for Attorney Fees and Related Non-Taxable Expenses (Doc. # 15). The Court now rules on those motions.

      Plaintiff Best Western International, Inc. ("Best Western") has filed a Motion for Entry of Judgment by Default and accompanying affidavit pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. The Court finds that Defendants Shinn Partnership and Rebecca J. Shinn ("Defendants") were regularly and duly served in accordance with Federal Rule of Civil Procedure 4.1(1); that the time to answer has expired; that default was regularly entered; that Best Western's Verified Complaint requested damages; and that such damages have been established by affidavit.

      Accordingly,

      IT IS ORDERED GRANTING Best Western's Motion for Default Judgment as to Shinn Partnership and Rebecca J. Shinn (Doc. # 14) for the principal sum of $89,634.64.

1  IT IS FURTHER ORDERED GRANTING Best Western's Motion for Attorney Fees and Related Non-Taxable Expenses (Doc. # 15) in the amount of $1877.63.

IT IS FURTHER ORDERED that interest shall accrue on the foregoing amounts at the applicable federal rate from the date of this Order until paid.

IT IS FURTHER ORDERED dismissing John Doe Shinn from the case.

Dated this 2nd day of February, 2007.

*James A. Teilborg*
United States District Judge